

*AFFIRMED. See* Fed. Cir. R. 36.

AFFIRMED. *See* Fed. Cir. R.36

**GTS INDUSTRIES S.A.,**
**Plaintiff–Appellee,**

**DATALECT COMPUTER SERVICES,**
**LTD., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–**
**Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

and

**No. 03–5125.**

**United States Steel Corporation and**
**Bethlehem Steel Corportion,**
**Defendants.**

United States Court of Appeals,
Federal Circuit.

**No. 03–1175.**

May 11, 2004.

United States Court of Appeals,
Federal Circuit.

May 13, 2004.

John A. Ragosta, John J. Mangan, John A. Ragosta, Principal Attorneys, John R. Magnus, John W. Bohn, Hui Yu, of Counsel, Dewey Ballantine, Robert E. Lighthizer, James C. Hecht, Daniel L. Schneiderman, Jeffrey D. Gerrish, of Counsel, Skadden, Arps, Washington, DC, for Defendants.

Robert B. Breisblatt, Principal Attorney, Philip D. Segrest, Jr., of Counsel, Welsh & Katz, Chicago, IL, for Plaintiff–Appellant.

Brian S. Smith, Principal Attorney, Washington, DC, for Defendant–Appellee.

Before BRYSON, GAJARSA, and DYK, Circuit Judges.

Merritt R. Blakeslee, Principal Attorney, J. Kevin Horgan, Wakako O. Takatori, of Counsel, Washington, DC, Marc E. Montalbine, of Counsel, Saarbrucken, GE, for Plaintiff–Appellee.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

David D'Alessandris, Principal Attorney, Jeanne E. Davidson, Dean A. Pinkert, Lucius B. Lau, John D. McInerney, David M.